UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

__Portland__ DIVISION

__Joel Rascoe__

*(Enter full name of plaintiff)*

Plaintiff,

v.

__Attorney General__
__Michael Greenlick__
__Nicole O'Donnell__
~~[struck through]~~
__Eric Palmer__, multnomah inverness county Jail

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. __3:24-cv-1804-AA__
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
[X] Yes    [ ] No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

**Defendant No. 1**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 2**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 3**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 4**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)    2
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

6amd    8Amd    5am    14 mmdement

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

My right to a fast and speedy has been violated in all open cases in The cases I had a hung jury and was told ~~~~ by The Judge ~~~~ ~~indefiently~~ Oregon desert Interpret 1B:3641. were it say after a Mistrail 7o days You are to be retried I was told I could be held Indefiently.

### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

I was told by The Preventive ~~detran~~ Judge I had no due process

Complaint for Violation of Civil Rights (Prisoner Complaint)     3
[Rev. 01/2018]

Protection because of Preventive detetion that I could be held Indefiently. Though in Propsition 48 it says because we dont have bail a violation of The (8th Amendment) That Case would be expedited insted I'm held in Violation of Civil and amendment Rights

### Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)    4
[Rev. 01/2018]

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes        ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

Dismissle of case.
And 1,500$ doller fine for each day over the time in custody

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23 day of October, 2024.

_____
*(Signature of Plaintiff)*

Joel Rascoe #607043
MCIJ

11540 NE inverness dr
Portland OR 97220

United States District Court
of ORegon Portland Divisional office
Mark O. Hatfield U.S courthouse
1000 SW Third Avenue suite 740
Portland, Oregon 97204-2902